| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Lavena M Barrett** | Social Security number or ITIN   **xxx–xx–5302** |
| | First Name  Middle Name  Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Virginia** | | |
| Case number:  **20–33814–KLP** | | |

## Discharge of Debtor                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lavena M Barrett

<u>January 4, 2021</u>                                          **For the court:**       William C. Redden
                                                                                          Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:     Case No. 20-33814-KLP
Lavena M Barrett     Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0422-7     User: admin     Page 1 of 2
Date Rcvd: Jan 05, 2021     Form ID: 318     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lavena M Barrett, 3207 Terrybluff Drive, Midlothian, VA 23112-3364 |
| cr | + | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |
| 15466088 | + | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 15482264 | + | Cash Advance, 6341 Jahnke Road, Richmond, VA 23225-4142 |
| 15466091 | + | Cnac Va108, 7400 Midoothian Pike, Richmond, VA 23225-5419 |
| 15482266 | + | First Virginia Financial, 9121 Staples Mills Road, Henrico, VA 23228-2026 |
| 15482268 | + | Millspring Commons Apts, 9318 Tarheel Terrrace, Henrico, VA 23228-1632 |
| 15466094 | + | Miramed Revenue Group, Attn: Bankruptcy, 255 West Michigan Ave, Jackson, MI 49201-2218 |
| 15482270 | + | Richfield Place Apartments, 6001 Grammarcy Circle, Richmond, VA 23227-2328 |
| 15466096 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15482273 | + | The Shannon Townhomes, 628 Windomere Avenue, Richmond, VA 23227-2955 |
| 15482274 | + | Title Max, 6907 Staples Mill Road, Henrico, VA 23228-4931 |
| 15466097 | + | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 15467427 | | US Attorneys Office, Eastern District of Virginia, 919 E Main St., Ste. 1900, Richmond, VA 23219-4625 |
| 15466099 | + | United Auto Credit Co, Attn: Bankruptcy, Po Box 163049, Fort Worth, TX 76161-3049 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: lynn.tavenner@txitrustee.com | Jan 06 2021 02:48:00 | Lynn L. Tavenner, 341 Dial 866-630-1691 Code: 9791870, 20 North Eighth Street, Second Floor, Richmond, VA 23219 |
| cr | + | EDI: AISACG.COM | Jan 06 2021 06:28:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15482263 | | Email/Text: bankruptcy@bbandt.com | Jan 06 2021 03:17:00 | BB& T, P. O. Box 486, Whiteville, NC 28472 |
| 15466090 | + | Email/Text: compliance@contractcallers.com | Jan 06 2021 03:19:00 | CCI/Contract Callers Inc, Attn: Bankruptcy Dept, 501 Greene St Ste 302, Augusta, GA 30901-4415 |
| 15466089 | + | EDI: CAPITALONE.COM | Jan 06 2021 06:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15482265 | + | EDI: COMCASTCBLCENT | Jan 06 2021 06:28:00 | Comcast, PO Box 173885, Denver, CO 80217-3885 |
| 15469594 | + | EDI: AISACG.COM | Jan 06 2021 06:28:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15466092 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Jan 06 2021 02:24:11 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 15466093 | + | EDI: BLUESTEM | Jan 06 2021 06:28:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 15482267 | + | EDI: AMINFOFP.COM | Jan 06 2021 06:28:00 | First Premier, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4824 |

Case 20-33814-KLP    Doc 38    Filed 01/07/21    Entered 01/08/21 00:16:01    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0422-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: 318 | Total Noticed: 31 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15466095 | + | EDI: NAVIENTFKASMSERV.COM | Jan 06 2021 06:28:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 15482269 | + | EDI: NFCU.COM | Jan 06 2021 06:28:00 | Navy Federal Credit Union, P.O. Box 3501, Merrifield, VA 22119-3501 |
| 15482271 | + | Email/Text: bankruptcy@speedyinc.com | Jan 06 2021 03:17:00 | Speedy Cash, PO Box 780408, Wichita, KS 67278-0408 |
| 15482272 | + | EDI: BANKAMER.COM | Jan 06 2021 06:28:00 | Suntrust, PO 15137, Wilmington, DE 19886-5137 |
| 15466098 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 06 2021 03:18:00 | Transworld Systems, Inc., Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15482275 | + | EDI: WFFC.COM | Jan 06 2021 06:28:00 | Wells Fargo, P.O. Box 522, Des Moines, IA 50306-0522 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Exeter Finance Corp. |
| 15471527 | *+ | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15471532 | *+ | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Joseph S. Massie, III | on behalf of Debtor Lavena M Barrett jmassie@massielawfirm.com jwilliams@massielawfirm.com;massielaw2@gmail.com;sgoodwin@massielawfirm.com;massiejr71504@notify.bestcase.com |
| Lynn L. Tavenner | ltavenner@tb-lawfirm.com amorris@tb-lawfirm.com;ltavenner@iq7technology.com;ecf.alert+Tavenner@titlexi.com |
| Sara A. John | on behalf of Creditor Exeter Finance Corp. sara_john@eppspc.com |

TOTAL: 4